UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-058 |
| v. | : | Mag No. 06-11 |
| VICKI WHITMIRE-SHAW, | : | VIOLATIONS: |
| Defendant. | : | 18 U.S.C. § 201(b)(2)(A) (Acceptance of Bribes by a Public Official) |

LAMBERTH, J.

## INFORMATION

FILED
MAR 0 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The United States Attorney informs the Court that:

1. At all times material to this Information, Vicki Whitmire-Shaw was employed by the District of Columbia Department of Consumer and Regulatory Affairs (DCRA) as an investigator. At all times material to this Information, Vicki Whitmire-Shaw's duties included conducting records searches and site visits of various businesses and construction sites to determine whether the businesses or sites had obtained from the District of Columbia the proper licenses, certificates of occupancy, contracting permits, and similar authorizing documents. As part of her job as an investigator, defendant SHAW was empowered to issue notices of infraction to the businesses, which could result in the businesses being required to pay substantial fines.

5. From in or about 2003. to in or about January, 2006, in a continuing course of conduct, Vicki Whitmire-Shaw, did directly and indirectly, corruptly demand, seek, receive, accept, and agree to receive and accept, things of value, to wit, United States currency and personal beauty services, in return for her (a) being influenced in the performance of Vicki Whitmire-Shaw's official acts and (b) being induced to do and omit to do acts in violation of Vicki Whitmire-Shaw's official duties, to wit, Vicki Whitmire-Shaw received United States

currency and beauty services for her personal benefit, from businesses seeking to avoid or postpone the issuance of notices of infractions citing the businesses for their failure to obtain necessary licenses, certificates or permits from the District of Columbia.

**(Acceptance of Bribes by a Public Official, in Violation of 18 United States Code, Section 201(b)(2)(A))**

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar #451058

BY: *Robert Bowman*
ROBERT BOWMAN
D.C. Bar # 417176
DANIEL P. BUTLER
D.C. Bar # 417718
ASSISTANT U.S. ATTORNEYS
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 353-2877 and (202) 353-9431
Robert.C.Bowman@USDOJ.Gov
Daniel.Butler@USDOJ.Gov