AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Vickie Whitmire-Shaw

WAIVER OF INDICTMENT

CASE NUMBER: 0658-RCL

FILED
MAR 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, __Vickie Whitmire-Shaw__, the above named defendant, who is accused of




being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __March 31, 2006__ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

__Vickie Whitmire-Shaw__
Defendant

__Rita Bosworth__
Counsel for Defendant

Before __Royce C. Lamberth__
Judicial Officer