CO-526
(12/86)

FILED

MAR 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Criminal No. *06 58 -RCL* |
| vs. ) | |
| ) | |
| *Vickie Whitmire- Shaw* ) | |
| ) | |

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
**Defendant**

_____
**Counsel for defendant**

I consent:

_____
**United States Attorney**

Approved:

_____
**Judge**