IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | No. 06-058 (RCL) |
| v. | ) | |
| | ) | |
| **VICKI WHITMIRE-SHAW** | ) | |
| | ) | |

**CONSENT MOTION TO MODIFY DEFENDANT'S
CONDITIONS OF RELEASE**

Ms. Shaw, through undersigned counsel, hereby requests that this Court modify her conditions of release such that she is no longer required to report to pretrial services in person for drug testing once a week, and she states in support the following:

1. On March 31, 2006, Ms. Shaw entered a plea of guilty to the charge of Acceptance of Bribes by a Public Official in violation of 18 U.S.C. § 201(b)(2)(A) before this Court.

2. Ms. Shaw was released on personal recognizance with the condition that she was to report weekly by phone to pretrial services as well as "Report to Pretrial for drug evaluation and possible program placement." Nowhere on her conditions of release was it stated that she was required to report for drug testing within 24 hours.

3. Apparently, it is the policy of pretrial services that if a defendant does not report for drug testing within 24 hours, that person is automatically placed on a weekly drug testing program, despite the fact that this policy is not mentioned anywhere on the copy of the release order that Ms. Shaw received.  This is true even if the initial drug test is negative.

4. Due to the fact that there is no mention of pretrial services's policy on her release order, Ms. Shaw was unaware that she was required to report for her initial drug test within 24 hours.  As a result, she went in for her initial drug test on April 7, 2006, the week after her plea,

in compliance with her obligation to report weekly with pretrial services. At that point she was told that her conditions of release had been automatically modified to include weekly drug tests.

5. Undersigned counsel spoke with pretrial services officer Tammy Everitt to explain that Ms. Shaw was unaware of her obligation to report within 24 hours, but Ms. Everitt informed counsel that it was impossible for pretrial services to release Ms. Shaw from that obligation, and that counsel would have to file a motion with the Court.

6. On the morning of April 10, 2006, counsel received a copy of the results of Ms. Shaw's initial drug test, which came up negative across the board.

7. Due to Ms. Shaw's negative drug test, the fact that she has never been suspected of having a drug problem, the fact that she was unaware of pretrial services's 24 hour reporting policy, and the fact that she has been in perfect compliance with the written conditions, Ms. Shaw respectfully requests that this Court issue an order modifying her conditions of release to excuse her from weekly drug testing.

8. Assistant United States Attorney Rob Bowman consents to this motion.

Respectfully submitted,

A. J. KRAMER
Federal Public Defender


_____/s/_____
RITA BOSWORTH
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC  20004
(202) 208-7500