IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | No. 06-058 (RCL) |
| v. | ) | |
| | ) | |
| **VICKI WHITMIRE-SHAW** | ) | |
| _____ | ) | |

**ORDER**

Upon consideration of defendant's consent motion to modify her conditions of release, it is this _____ day of April, 2006, hereby

**ORDERED** that defendant is not required to report to pretrial services for weekly drug testing.


DATE:              , 2006                    _____
                                             ROYCE C. LAMBERTH
                                             United States District Judge