IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v.    )   Cr. No. 06-058 (RCL)
)
VICKI WHITMIRE-SHAW    )
)

**FILED**

MAY 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of defendant's consent motion to modify her conditions of release, it is this 3rd day of May, 2006, hereby

**ORDERED** that defendant is not required to report to pretrial services for weekly drug testing unless a positive test result occurs or has occurred.

DATE: May 3, 2006

_____
ROYCE C. LAMBERTH
United States District Judge