UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 06-058 (RCL) |
| | : | |
| v. | : | |
| | : | |
| **VICKI WHITMIRE-SHAW,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S RESPONSE TO DEFENDANT VICKI WHITMIRE-SHAW'S MEMORANDUM IN AID OF SENTENCING

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, hereby responds in the above-referenced matter to the memorandum in aid of sentencing filed by defendant Vicki Whitmire-Shaw. The United States does not intend to repeat here what it has already stated in its own sentencing memorandum, but would respectfully incorporate that discussion herein.

Defendant, in her sentencing memorandum, requests a sentence of six months home confinement, followed by two years of supervised release. Defendant's Sentencing Memorandum, at page 3. She contends that such a sentence, although below the applicable United States Sentencing Guidelines range of 12-18 months, would adequately punish her for her behavior. *Id.*, at pages 3, 7.[1]

---

[1] In the plea letter, defendant "agree[d] that a sentence within the sentencing range determined pursuant to the United States Sentencing Guidelines as set forth in this paragraph would be a reasonable sentence for defendant Shaw in this case." Plea letter, February 14, 2006, at page 2, paragraph 3. Although the government does not consider defendant's current position to be a breach of this paragraph in the plea letter, the position she is taking in her sentencing memorandum is clearly contradictory to the position to which she agreed in the plea letter. That contradiction in positions should, the government respectfully submits, negatively effect the weight the Court should give her current position.

The government opposes a sentence below the sentencing guidelines range. A below-guidelines sentence would not adequately serve the dual purposes of punishment and deterrence. *See* 18 U.S.C. § 3553(a)(2)(A) and (B) ("[t]he court, in determining the particular sentence to be imposed shall consider . . . the need for the sentence imposed . . . to provide just punishment for the offense . . . [and] to afford adequate deterrence to criminal conduct"). The factors defendant cites for a below-guidelines sentence are factors which are not unique to this case, but are present in many white-collar cases. Although there may be some negative consequences to defendant from her conduct and resulting sentence, these are the natural and predictable consequences of defendant's conduct.

Moreover, a guidelines sentence within the range of 12-18 months would help further "the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct." 18 U.S.C. § 3553(a)(6). Over the past year, the undersigned attorney for the government has been involved in a series of cases involving individuals employed by the District of Columbia government who were working in clerical positions who used their positions to accept bribes. All of these individuals who were sentenced by judges in this District, absent one defendant who received a departure under the United States Sentencing Guidelines, § 5K1.1, which Section is not applicable here, have received at least a year in prison.[2] To avoid

---

[2] These cases are listed below:

| Defendant & Agency | Sentencing Date | Case No. | Sentence |
|---|---|---|---|
| 1) Lisa Johnson DMV | 7/22/05 | 04-444 (CKK) | 12 months and a day in prison<br>3 years of supervised release<br>(after departure under USSG 5K1.1) |
| 2) Rosa Chavez DMV | 7/27/05 | 05-198 (JGP) | 24 months in prison<br>3 years of supervised release |

disparity with these other defendants, the government respectfully requests that the defendant before this Court receive a guidelines sentence within the range of 12-18 months.

        Respectfully Submitted,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY
        D.C. Bar Number 451058

By:     / s /

        DANIEL P. BUTLER
        D.C. Bar #417718
        Assistant U.S. Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 353-9431
        Daniel.Butler@usdoj.gov

---

| # | Name | Date | Case No. | Sentence |
|---|------|------|----------|----------|
| 3) | Lisa Strickland<br>Office of Finance and Treasury | 8/5/05 | 04-154 (RMC) | 18 months in prison<br>2 years of supervised release<br>(after departure under USSG 5K1.1) |
| 4) | Tonette Cooks<br>Office of Finance and Treasury | 11/15/05 | 03-399-01 (GK)) | 18 months in prison<br>1 year of supervised release<br>(after departure under USSG 5K1.1) |
| 5) | Kyra Walker<br>DMV | 1/30/06 | 05-289 (RWR) | 12 months and a day in prison<br>2 years of supervised release |
| 6) | Toni Mahoney<br>DMV | 2/3/06 | 05-109 (RWR) | 6 month split sentence<br>(3 mos. prison, 3 mos. home confine)<br>2 years of supervised release<br>(after departure under USSG 5K1.1) |
| 7) | Vincent Greenidge<br>DMV | 3/15/05 | 05-007 (CKK) | 12 months and a day in prison<br>3 years of supervised release |