HONORABLE ROYCE C. LAMBERTH, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

UNITED STATES OF AMERICA : Docket No.: <u>06-CR-58</u>

vs. : SSN:

WHITMIRE-SHAW, Vicki : Disclosure Date: <u>June 13, 2006</u>

**JUL 2 1 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( )  There are no material/factual inaccuracies therein.
( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     _____
**Prosecuting Attorney**                                                    **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
( )  There are no material/factual inaccuracies therein.
(L)  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*Vickie Whitmire-Shaw* 6/28/06   *Rita Bonner* 6/28/06
**Defendant**        **Date**        **Defense Counsel**        **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>June 27, 2006</u>, to U.S. Probation Officer <u>Tennille Losch</u>, telephone number <u>(202) 565-1385</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Richard A. Houck, Jr., Chief
     United States Probation Officer

Receipt and Acknowledgment

Page 2

Page 3, #2: The criminal conduct occurred from 2003 to 2005, NOT to January 2006.

Page 6, #32: "Samuel Whitmire, age 16, lives in Maryland" is written twice

Page 7, #37: "hom" should be "home" (line 3)

Ms. Shaw has only lived in her husband's home since 2002 (4 yrs); her husband has lived there for 6 years

Page 7, #36: Tanzania Hamilton will be 13 on July 8.

Page 8, #44: Ms. Shaw was employed at the time of the offense. She resigned in January 2006.

Ms. Shaw has recently completed training for a company called Shopper Services, she will begin working for them as a "Mystery Shopper" where she will complete evaluations intended to measure consumer satisfaction. She will be employed here during her sentencing.

Page 8, #41: Ms. Shaw's whole family EXCEPT her mother gambles.

Signed by: Rita Bosworth
(Defendant/Defense Attorney/AUSA)

Date: 6/28/06