HONORABLE ROYCE C. LAMBERTH, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>06-CR-58</u> |
| vs. | : | SSN: |
| WHITMIRE-SHAW, Vicki | : | Disclosure Date: <u>June 13, 2006</u> |

JUL 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
[X] There are no material/factual inaccuracies therein. *Minor corrections/typographical errors.*
[ ] There are ~~material~~/factual inaccuracies in the PSI report as set forth in the attachment herein.

_Daniel P. Butler_                              _6-16-06_
**Prosecuting Attorney**                        **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____           _____
**Defendant**          **Date**           **Defense Counsel**    **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>June 27, 2006</u>, to U.S. Probation Officer <u>Tennille Losch</u>, telephone number <u>(202) 565-1385</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Richard A. Houck, Jr., Chief
    United States Probation Officer

**Receipt and Acknowledgment** – some minor factual corrections/typographical errors    Page 2

Page 1, Prosecuting Attorney – should now be listed as Daniel P. Butler, at phone number (202) 353-9431.

Typographical errors – (1) Page 3, ¶ 1, date of March 1 should have a comma after it; (2) Page 4, ¶ 11, third line, "te" should be "the"; and (3) Page 7, ¶ 37, "hom" should be "home".

Signed by: *Daniel P. Butler*
Daniel P. Butler
Assistant United States Attorney

Date:    June 16, 2006