UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : Criminal No. 06-58 (RCL) |
| VICKI WHITMIRE-SHAW, | : |

# NOTICE OF APPEAL

**Name and address of appellant:**   Vicki Whitmire-Shaw
910 Wilson Dr
Dover, DE  19904

**Name and address of appellant's attorney:**   Rita Bosworth, Assistant Federal Public Defender
625 Indiana Ave., NW, Suite 550
Washington, DC 20004

**Offense: 18 USC 201 (b)(2)(A): Receipt of Bribe by a Public Official**

**Concise statement of judgment or order, giving date, and any sentence:**

   07/21/06: 18 months incarceration; 3 yrs. supervised release; $100 special assessment

**Name of institution where now confined, if not on bail:**


**I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.**

| | |
|---|---|
|   07/27/06 | Vicki Whitmire-Shaw |
| DATE | APPELLANT |

| | |
|---|---|
| CJA, NO FEE | "/s/" |
| PAID USDC FEE | ATTORNEY FOR APPELLANT |
| PAID USCA FEE | |

Does counsel wish to appeal on appeal? Yes
Has counsel ordered transcripts? No
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes