HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 1 5 2006

ORDER TO SURRENDER

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Vicki Whitmire-Shaw                         Docket No.: CR 06-58

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  Vicki Whitmire-Shaw  having been sentenced, on July 21, 2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to  FCI Danbury , in  Danbury, CT  by 2 p.m., on  August 22, 2006 .

_8/15/06_
Date

_Royce C. Lamberth_
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_Debra Taylor_
ATTORNEY/U.S. PROBATION OFFICER

_Vickie Whitmire-Shaw_
DEFENDANT

Revised 6-2004

